# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MARTHA ROGERS and JOHN ROGERS                                    PLAINTIFFS

v.                               NO. 3:11CV00238 JLH

SMITH & NEPHEW, INC.                                              DEFENDANT

## ORDER

The motion for admission to appear *pro hac vice* by Amber D. Floyd is GRANTED. Document #6. Ms. Floyd is hereby admitted to appear before this Court as co-counsel for the defendant in this action.

IT IS SO ORDERED this 22nd day of November, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE