IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MARTHA ROGERS AND**
**JOHN ROGERS**                                                                                    **PLAINTIFFS**

**v.**                               **Case No. 3:11-cv-00238**

**SMITH & NEPHEW, INC.**                                                                          **DEFENDANTS**

## ORDER

Plaintiffs have filed a motion to nonsuit their claims pending against Smith & Nephew, Inc. (Dkt. No. 17). For good cause shown, the motion is granted. Plaintiffs' pending claims against Smith & Nephew, Inc., are dismissed without prejudice.

IT IS SO ORDERED this 19th day of September, 2012.

*/s/ Kristine G. Baker*

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE